IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2006 MAR 30 P 12:29

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>*Plaintiff,*<br><br>v.<br><br>RON HOOVER COMPANIES OF BOERNE, INC. D/B/A RON HOOVER RV,<br><br>*Defendant.* | § § § § § § § § § § § § § § | SA06CA0284 OG<br><br>CIVIL ACTION NO.<br><br>COMPLAINT AND JURY TRIAL DEMAND |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of race, African-American, and to provide appropriate relief to Vergil Dismute, Jr., who was adversely affected by such practices. More specifically, the Commission alleges that Ron Hoover Companies of Boerne, Inc. d/b/a Ron Hoover RV failed to hire Vergil Dismute, Jr., an African-American, because of his race in violation of Section 703(a) of Title VII.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981.

2. The employment practices alleged to be unlawful were and are now being committed within the jurisdiction of the United States District Court for the Western District of Texas, San Antonio Division.



## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant, Ron Hoover Companies of Boerne, Inc. d/b/a Ron Hoover RV ("Ron Hoover RV"), has continuously been a Texas corporation doing business in the State of Texas and the City of Boerne, and has continuously had at least 15 employees.

5. At all relevant times, Ron Hoover RV has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Vergil Dismute, Jr., filed a charge with the Commission alleging violations of Title VII by Ron Hoover RV. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least October 2003, Ron Hoover RV has engaged in unlawful employment practices at its Boerne, Texas, facility, in violation of Section 703(a) of Title VII, 42 U.S.C. § 2000e-2(a)(1). Such practices include Ron Hoover RV's failure to hire Vergil Dismute, Jr., an African-American, for a sales position.

8. The effect of the practice complained of in paragraph seven (7) above has been to deprive Vergil Dismute, Jr., of equal employment opportunities and to otherwise adversely affect his status as an applicant because of his race, African-American.

9. The unlawful employment practice complained of in paragraph seven (7) above was intentional.

10. The unlawful employment practice complained of in paragraph seven (7) above was done with malice and/or with reckless indifference to the federally protected rights of Vergil Dismute, Jr.

### PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Ron Hoover RV, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in discriminatory hiring practices, and any employment practice which discriminates on the basis of race;

B. Order Ron Hoover RV, to institute and carry out policies, practices, and programs which provide equal employment opportunities for all persons of all races, and which eradicate the effects of its past and present unlawful employment practices;

C. Order Ron Hoover RV, to make whole Vergil Dismute, Jr., by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practice, including but not limited to the rightful place hiring of Vergil Dismute, Jr., for a sales position;

D. Order Ron Hoover Companies of Boerne, Inc., to make whole Vergil Dismute, Jr., by providing compensation for past and future pecuniary losses resulting from the unlawful employment practice described in paragraph seven (7) above, including, but not limited to, job search and relocation expenses, in amounts to be determined at trial;

E. Order Ron Hoover RV, to make whole Vergil Dismute, Jr., by providing compensation for past and future non-pecuniary losses resulting from the unlawful employment

practice complained of in paragraph seven (7) above, including, but not limited to, emotional pain, suffering, loss of enjoyment of life, and humiliation, in amounts to be determined at trial;

F.  Order Ron Hoover RV, to pay Vergil Dismute, Jr., punitive damages for its malicious and/or reckless conduct described in paragraphs seven (7), eight (8), nine (9), and ten (10), above, in amounts to be determined at trial

G.  Grant such further relief as the Court deems necessary and proper in the public interest; and

H.  Award the Commission its costs of this action.

### JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

_____
ROBERT A. CANINO
Regional Attorney
Oklahoma Bar No. 011782

_____
ROBERT B. HARWIN
Associate Regional Attorney
District of Columbia Bar No. 076083

*[signature]* with permission by Robert O'Hara
JUDITH G. TAYLOR
Supervisory Trial Attorney
Texas State Bar No. 19708300

*[signature]*
DAVID RIVELA
Trial Attorney
Texas State Bar No. 00797324

EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
5410 Fredericksburg Rd. Suite 200
San Antonio, Texas. 78229
Telephone: (210)281-7619
Facsimile: (210)281-7669

ATTORNEYS FOR PLAINTIFF